## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ACE RENT-A-CAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06 C 4134 |
| | ) | |
| EMPIRE FIRE & MARINE INSURANCE | ) | ) |
| COMPANY, SCOTTSDALE INSURANCE | ) | |
| COMPANY, and FLEXICORPS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OPINION AND ORDER

Plaintiff filed this action in state court, seeking a declaration that the two defendant insurance carriers each have a duty to defend and indemnify plaintiff. Defendant Empire Fire & Marine Insurance Company (Empire) moved to remand, contending that removal was improper because Scottsdale Insurance Company (Scottsdale) did not join in the removal, and that the legal issue concerns an unsettled question of state law best left to the state courts.

When Empire filed the removal petition, Scottsdale had been served but two hours before. Empire had, commendably, continued to monitor the service process until it filed its removal petition; it was not aware that Scottsdale had been served two hours before and Scottsdale thereafter consented to the removal. Plaintiff, in its reply memorandum, has apparently abandoned, commendably, and as well it should, its remand contention based on Scottsdale's failure to join.

The other issue, the subject of extensive and intellectually challenging briefing, has been overtaken by events. After the last brief was filed the Illinois Supreme Court ruled in <u>Valley</u>

Forge Ins. Co. V. Swiderski Electronics, Inc., 223 Ill.2d 352, 860 N.E.2d 307 (2006). The state

law issue is no longer unsettled. Accordingly, there is no longer any reason to defer to the state

courts. The motion to remand is denied.

James B. Moran
**JAMES B. MORAN**
**Senior Judge, U. S. District Court**

March 16 , 2006.